UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WHITNEY ORTIZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | No. 1:14-CV-3184-JTR<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

**BEFORE THE COURT** is the parties' stipulated motion to remand the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 18. Attorney D. James Tree represents Plaintiff; Special Assistant United States Attorney Erin F. Highland represents Defendant. The parties have consented to proceed before a magistrate judge. ECF No. 6. After considering the file, and proposed order, **IT IS ORDERED:**

　　1.　The parties' Stipulated Motion For Remand, **ECF No. 18**, is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

　　On remand, the administrative law judge (ALJ) shall: (1) reevaluate the medical opinions of record with specificity as to individual findings, including the opinion of Dr. Neer; (2) reevaluate the credibility of Plaintiff's alleged symptoms and limitations; (3) conduct a DAA evaluation pursuant to Social Security Ruling

ORDER GRANTING STIPULATED MOTION FOR REMAND . . . - 1

13-2p, if needed; (4) reevaluate Plaintiff's residual functional capacity; and (5) reevaluate steps four and five of the sequential evaluation process, if necessary, with the assistance of a vocational.  The ALJ will take any other actions necessary to develop the record, and Plaintiff may submit additional evidence and present additional argument to the ALJ on remand.

2. **Judgment shall be entered for PLAINTIFF**.

3. Plaintiff's Motion for Summary Judgment, **ECF No. 14**, is **STRICKEN AS MOOT**.

4. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED July 16, 2015.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND . . . - 2